# IN THE UNITED STATES DISTRICT COURT FOR
# THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION |
| v. | : | No. 19-282-3 |
| YORDI MARTINEZ | : | |

## ORDER

This 27th day of May, 2020, it is hereby **ORDERED** that Defendant's Motion for Release Pending Trial is **DENIED**.

        /s/ Gerald Austin McHugh
United States District Judge